5

# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO RIOS FIGUEROA, ) | Case No. SACV 13-01647-DMG (DTB) |
| Petitioner, ) | |
| ) | **J U D G M E N T** |
| vs. ) | |
| SCOTT FRAUENHEIM, ) | |
| Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:  May 26, 2015

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE